**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB VOORHEES, a minor, by** | : | **CIVIL ACTION** |
| **Tiffany Voorhees and Scott Voorhees,** | : | |
| **as Parents and Natural Guardians** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SMITHKLINE BEECHAM CORPORATION** | : | |
| **d/b/a GLAXOSMITHKLINE** | : | **NO. 11-2818** |

<u>**ORDER**</u>

**AND NOW**, this 12th day of December, 2011, upon consideration of the Plaintiff's

Motion to Remand (Document No. 2), the defendant's response, and after oral argument,

it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to

28 U.S.C. § 1447(c), to the state court from which it was removed.

 /s/Timothy J. Savage_____
TIMOTHY J. SAVAGE,  J.